# Exhibit 1
# Process, Pleadings, and Orders

Electronically Filed
2/19/2021 2:18 PM
Steven D. Grierson
CLERK OF THE COURT

PRO SE
Michael Gerard Naessens
1101 E Tropicana Ave #3003
Las Vegas, NV 89119
702. 930.6270
maxbuxs@gmail.com
Plaintiff Pro Se

CASE NO: A-21-829745-C
Department 27

# DISTRICT COURT

## CLARK COUNTY, NEVADA

\* \* \*

MICHAEL G. NAESSENS )  CASE NO.:

  Plaintiff, )

  v. )  DEPT. NO.: Department 20

CHRIS PALMER )

  Defendant )

_____ )

# **COMPLAINT**

## ALLEGATIONS COMMON TO ALL CAUSES OF ACTION

Plaintiff MICHAEL G. NAESSENS, by and through himself, pro se, for his causes of action against the Defendants, and each of them, hereby alleges as follows:

  1. Plaintiff at all times herein mentioned was a resident of Las Vegas, Clark County Nevada.

  2. Upon information and belief, Defendant, CHRIS PALMER is a resident of Philadelphia, Philadelphia County Pennsylvania.

### FIRST CAUSE OF ACTION:

### DEFAMATION

  3. Plaintiff hereby re-alleges and incorporates by reference all the facts and allegations contained in paragraphs one and two above.

4. Plaintiff alleges that Defendant defamed him in that Defendant did publish, without privilege, defamatory statements regarding him, as more fully laid out in Exhibit A, attached hereto, to a third party without the consent or knowledge of Plaintiff; that there existed fault amounting at least to negligence on the part of the publisher; and that the statements were actionable irrespective of special harm, or alternatively that there existed special harm caused by the publication.

5. Plaintiff alleges that the statements were defamatory in that they would tend to lower the subject in the estimation of the community, excite derogatory opinions about the subject, and hold the subject up to contempt.

6.      Defendant is guilty of defamation because (1) the statements contain one or more "false statements of fact," see Pegasus v. Reno Newspapers, Inc., 118 Nev. 706, 714, 57 P.3d 82, 87 (2002), including but not limited to the claim that Plaintiff was a suspect in a photograph wanted for *"threatening judges and others.";"* (2) Defendant made an unprivileged publication to a third person by placing the false and defamatory information on his website; (3) Defendant was at fault, amounting to at least negligence in that he knew or should have known that the information was false; and (4) there exist actual or presumed damages because the defamatory communication imputes Plaintiff's lack of fitness for trade, business, or profession, and tends to injure him in his business, and is therefore deemed defamation per se, and damages are presumed. Clark County School Dist. v. Virtual Education Software, Inc., 213 P.3d 496 (Nev. 08/06/2009).

SECOND CAUSE OF ACTION:

WILLFUL TRANSMISSION OF LIBELOUS INFORMATION

7. Plaintiff hereby re-alleges and incorporates by reference all the facts and allegations contained in paragraphs one through eight above.

8. Plaintiff alleges that Defendant did willfully state, deliver or transmit by any means whatever to any manager, editor, publisher, reporter or other employee of a publisher of any newspaper, magazine, publication, periodical or serial any

statement concerning any person or corporation which, if published therein, would be a libel, in violation of NRS 200.550, to wit by placing the defamatory information on his website negligently ignoring the fact the wanted suspect looks nothing like Mr. Naessens, the Plaintiff.

WHEREFORE, Plaintiff expressly reserving the right to amend this complaint at the time of trial of the actions herein to include all items of damages not yet ascertained, hereby pray for damages against Defendants, and each of them as follows:

1.For general damages and special damages in an amount in excess of $10,000;

2.For punitive damages in accordance with proof at the time of trial;

3.For costs of suit herein incurred including reasonable attorneys' fees;

4.Prejudgement interest at the legal rate; and

5.For further relief as may appear just to the Court.

DATED this 18 day of February, 2021.

Respectfully submitted,
Michael Naessens Pro Se

By: _____

Michael Naessens, CPA
Nevada CPA No.: CA026119L
1101 E Tropicana Ave #3003
Las Vegas, Nevada 89119
Pro Se Filer

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# Exhibit A

The former owner of Old City's Eulogy Belgian Tavern sent threatening letters last year to two Common Pleas Court judges and 10 other people, signing the letters as someone else in an attempt to frame and possibly cause that person to be sent to jail, according to the Philadelphia District Attorney's Office.

The new details emerged Thursday as Michael Naessens, 54 — who was arrested in Las Vegas last month for his alleged crimes in Philadelphia — was arraigned in Municipal Court on charges including threats and other improper influence in official and political matters, terroristic threats, and a dozen counts of criminal use of a communication facility, according to court records.

Ben Waxman, a spokesperson for the District Attorney's Office, said Naessens sent the letters to two judges who had overseen cases involving the person Naessens was attempting to frame. Waxman did not identify the judges or the person Naessens allegedly pretended to be, but said it was possible Naessens was seeking to have his target taken into custody over the threats, which he also sent to 10 of his target's neighbors.

Waxman said that the target was initially taken into custody when authorities believed he had sent the letters, but that the investigation ultimately led authorities to Naessens.

Naessens' attorney, Michael Fienman, said Thursday that Naessens maintains his innocence and would fight the case.

"It's news to me that he's being charged for allegedly sending intimidating correspondence to two public officials," because the affidavit only listed one judge, Fienman said. "I look forward to reviewing the evidence that the commonwealth has to support these allegations, and I am confident that Mr. Naessens will be exonerated after a full trial on the merits."

Naessens' bail was set at $350,000, court records say. It was not immediately clear if he paid the 10 percent required to be released.

Electronically Filed
3/12/2021 10:07 AM
Steven D. Grierson
CLERK OF THE COURT

CNND

**DISTRICT COURT**

**CLARK COUNTY, NEVADA**

| | |
|---|---|
| Michael Naessens, Plaintiff(s) | A-21-829745-C |
| vs. | Department 27 |
| Chris Palmer, Defendant(s) | |

**CLERK'S NOTICE OF NONCONFORMING DOCUMENT**

Pursuant to Rule 8(b)(2) of the Nevada Electronic Filing and Conversion Rules, notice is hereby provided that the following electronically filed document does not conform to the applicable filing requirements:

Title of Nonconforming Document:   Complaint / [Missing] District Court Civil Cover Sheet

Party Submitting Document for Filing:   Plaintiff

Date and Time Submitted for Electronic Filing:   02/19/2021 at 2:18 PM

Reason for Nonconformity Determination:

☐ The document filed to commence an action is not a complaint, petition, application, or other document that initiates a civil action. *See* Rule 3 of the Nevada Rules of Civil Procedure.  In accordance with Administrative Order 19-5, the submitted document is stricken from the record, this case has been closed and designated as filed in error, and any submitted filing fee has been returned to the filing party.

1

☒ The document initiated a new civil action and a cover sheet was not submitted as required by NRS 3.275. Please visit the court's website at http://www.clarkcountycourts.us/departments/clerk/civil-criminal-library/.

☐ The document was not signed by the submitting party or counsel for said party.

☐ The document filed was a court order that did not contain the signature of a judicial officer. In accordance with Administrative Order 19-5, the submitted order has been furnished to the department to which this case is assigned.

☐ Motion does not have a hearing designation per Rule 2.20(b). Motions must include designation "Hearing Requested" or "Hearing Not Requested" in the caption of the first page directly below the Case and Department Number.

Pursuant to Rule 8(b)(2) of the Nevada Electronic Filing and Conversion Rules, a nonconforming document may be cured by submitting a conforming document. All documents submitted for this purpose must use filing code "**Conforming Filing – CONFILE.**" Court filing fees will not be assessed for submitting the conforming document. Processing and convenience fees may still apply.

Dated this: 12th day of March, 2021

By:   _/s/ Chaunte Pleasant_

Deputy District Court Clerk

2

**CERTIFICATE OF SERVICE**

I hereby certify that on March 12, 2021, I concurrently filed and served a copy of the foregoing Clerk's Notice of Nonconforming Document, on the party that submitted the nonconforming document, via the Eighth Judicial District Court's Electronic Filing and Service System.

By:    /s/ Chaunte Pleasant

Deputy District Court Clerk

3

Electronically Filed
3/19/2021 12:42 PM
Steven D. Grierson
CLERK OF THE COURT

COURT CODE: __EXMT__

Your Name: Michael Naessens

Address: 1101 E Tropicana Ave #3003

Las Vegas, NV 89119

Telephone: 702-930-6270

Email Address: maxbuxs21po0256@gmail.com

# DISTRICT COURT
## CLARK COUNTY, NEVADA

**Michael Naessens**

Plaintiff,

vs.

**Chris Palmer**

Defendant.

CASE NO.: A-21-829745-C

DEPT: 27

## EX PARTE MOTION FOR ALTERNATE SERVICE

I, (*your name*) Michael Naessens _____, respectfully state:

1. I am the Plaintiff.  I have not been able to serve Defendant personally because: (☒ *check all that apply*)

   ☐ I do not know Defendant's current address.

   ☐ Defendant will not tell me where he/she lives.

   ☒ I know where Defendant lives and someone tried to serve Defendant.  However, Defendant will not open the door to accept papers.

   ☐ Defendant is not working or cannot be served at work.

2. The information required by NRCP 4.4(b)((2)(ii) is in the attached declaration.

3. The information required by NRCP 4.4(b)(2)(i) will be provided in a separate declaration.

© 2019 Family Law Self-Help Center

Motion for Alternate Service

4. I would like the court to allow me to serve the Defendant in the following ways:

(☒ *check all options that could be used to send the documents to Defendant*)

■ Mail the complaint and summons to Defendant's last known address.

☐ Post a copy of the complaint and summons on Defendant's door. I know where Defendant lives but Defendant has refused to accept the papers.

■ Email the complaint and summons to Defendant.

☐ Text a copy of the complaint and summons to Defendant's phone number.

☐ Send a copy of the complaint and summons to Defendant through Facebook Messenger.

■ Other: Due to Covid the defendant is not working in his normal office but accepts certified mail there and at his email address.

The options above are the methods most reasonably calculated to give Defendant notice of this court case. I do not have any other way to locate or contact Defendant.

5. I request the Court to sign an Order directing that Defendant be served by the alternate methods above.

I declare under penalty of perjury under the law of the State of Nevada that the foregoing is true and correct.

DATED March 19 , 20 21 .

Submitted By: (*your signature*) /s/ Michael Naessens

(*print your name*) Michael Naessens

## DECLARATION

I declare, under penalty of perjury:

1. I have read this motion, and the statements it contains are true and correct to the best of my knowledge, except as to those matters based on information and belief, and as to those matters, I believe them to be true. The statements contained in this motion are incorporated here as if set forth in full.

© 2019 Family Law Self-Help Center                                      Motion for Alternate Service

2. **Defendant's Last Known Address**: *You will be expected to send a copy of the complaint and summons to the address listed below.*

<u>801 Market St. Suite 300.</u>
Defendant's Last Known Street Address

<u>Philadelphia, PA 19107</u>
City, State, Zip Code

Does Defendant live there now? ■ Yes ☐ No

Defendant lived there from *(date Defendant started living there)* <u>2017</u>
to *(date Defendant left, or "present" if Defendant still lives there)* <u>Present</u>

3. **Defendant's Contact Information**: *You will be expected to send a copy of the complaint and summons to any sources listed below.*

Telephone Numbers: <u>215-854-2817</u>

Email Addresses: <u>cpalmer@inquirer.com</u>

Social Media Accounts:
☐ Facebook User Name: _____
☐ Other: _____

I declare under penalty of perjury under the law of the State of Nevada that the foregoing is true and correct.

DATED <u>March 19</u>, 20<u>21</u>.

Submitted By: *(your signature)* <u>/s/ Michael Naessens</u>
*(print your name)* <u>Michael Naessens</u>

**DISTRICT COURT**
**CLARCK COUNTY, NEVADA**

**MICHAEL G. NAESSENS,**

**Plaintiff(s) – Petitioner(s)**

**V.**

**CASE NO.: A-21-829745-C**

**CHRIS PALMER,**

**Defendant(s) – Respondent(s)**

STATE OF NEW JERSEY
COUNTY OF BURLINGTON                    ss.:

**Roxanne Elzie**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of 18 years and not a party to this action.

On **2/20/2021**, I received a true copy of a **COMPLAINT, EXHIBIT A** serve upon **CHRIS PALMER** at **801 MARKET ST. SUITE 300, PHILADELPHIA, PA 19107**. Service was executed in the manner indicated below:

**Non-Service**      Deponent attempted to perfect service on the Defendant on the below date and time.
**2/24/2021**        Deponent found after diligent search that the Defendant was not present at the address:

2/24/2021 at 10:12 AM – They are all working home due to COVID. Unable to serve.

Sworn to before me this
_26_ day of _Feb_ , 20_21_

Notary Public

Roxanne Elzie
Po Box 25066
Newark, NJ 07102
800-637-1805

Alexander Vays, Esq.
Notary Public
State of New Jersey
New Jersey Attorney ID 000072014

WE SERVE NJ LLC, PO BOX 25066, NEWARK, NJ 07102

Electronically Filed
3/19/2021 12:55 PM
Steven D. Grierson
CLERK OF THE COURT

COURT CODE: __EXMT__

Your Name: Michael Naessens

Address: 1101 E Tropicana Ave #3003

Las Vegas, NV 89119

Telephone: 702-930-6270

Email Address: maxbuxs21po0256@gmail.com

## DISTRICT COURT
## CLARK COUNTY, NEVADA

**Michael Naessens**

      Plaintiff,

vs.

**Chris Palmer**

      Defendant.

CASE NO.: A-21-829745-C

DEPT: 27

## EX PARTE MOTION FOR ALTERNATE SERVICE

I, (*your name*) Michael Naessens_____, respectfully state:

1. I am the Plaintiff. I have not been able to serve Defendant personally because: (☒ *check all that apply*)

    ☐ I do not know Defendant's current address.

    ☐ Defendant will not tell me where he/she lives.

    ■ I know where Defendant lives and someone tried to serve Defendant. However, Defendant will not open the door to accept papers.

    ☐ Defendant is not working or cannot be served at work.

2. The information required by NRCP 4.4(b)((2)(ii) is in the attached declaration.

3. The information required by NRCP 4.4(b)(2)(i) will be provided in a separate declaration.

4. I would like the court to allow me to serve the Defendant in the following ways:

(☒ *check all options that could be used to send the documents to Defendant*)

- ▣ Mail the complaint and summons to Defendant's last known address.
- ☐ Post a copy of the complaint and summons on Defendant's door. I know where Defendant lives but Defendant has refused to accept the papers.
- ▣ Email the complaint and summons to Defendant.
- ☐ Text a copy of the complaint and summons to Defendant's phone number.
- ☐ Send a copy of the complaint and summons to Defendant through Facebook Messenger.
- ▣ Other: Due to Covid the defendant is not working in his normal office but accepts certified mail there and at his email address.

The options above are the methods most reasonably calculated to give Defendant notice of this court case. I do not have any other way to locate or contact Defendant.

5. I request the Court to sign an Order directing that Defendant be served by the alternate methods above.

I declare under penalty of perjury under the law of the State of Nevada that the foregoing is true and correct.

DATED March 19 , 20 21 .

Submitted By: (*your signature*) /s/ Michael Naessens

(*print your name*) Michael Naessens

## DECLARATION

I declare, under penalty of perjury:

1. I have read this motion, and the statements it contains are true and correct to the best of my knowledge, except as to those matters based on information and belief, and as to those matters, I believe them to be true. The statements contained in this motion are incorporated here as if set forth in full.

© 2019 Family Law Self-Help Center                    Motion for Alternate Service

2. **Defendant's Last Known Address:** *You will be expected to send a copy of the complaint and summons to the address listed below.*

801 Market St. Suite 300.
_____
Defendant's Last Known Street Address

Philadelphia, PA 19107
_____
City, State, Zip Code

Does Defendant live there now? ■ Yes ☐ No

Defendant lived there from *(date Defendant started living there)* 2017 _____
to *(date Defendant left, or "present" if Defendant still lives there)* Present _____

3. **Defendant's Contact Information:** *You will be expected to send a copy of the complaint and summons to any sources listed below.*

Telephone Numbers: 215-854-2817 _____

_____

Email Addresses: cpalmer@inquirer.com _____

_____

Social Media Accounts:

☐ Facebook User Name: _____

☐ Other: _____

    I declare under penalty of perjury under the law of the State of Nevada that the foregoing is true and correct.

DATED March 19 _____, 20 21 .

Submitted By: *(your signature)* /s/ Michael Naessens _____

*(print your name)* Michael Naessens _____

Motion for Alternate Service

**DISTRICT COURT**
**CLARCK COUNTY, NEVADA**

**MICHAEL G. NAESSENS,**                                    Plaintiff(s) – Petitioner(s)

**V.**                                                                  CASE NO.: A-21-829745-C

**CHRIS PALMER,**                                           Defendant(s) – Respondent(s)

STATE OF NEW JERSEY
COUNTY OF BURLINGTON              ss.:

**Roxanne Elzie**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of 18 years and not a party to this action.

On **2/20/2021**, I received a true copy of a **COMPLAINT, EXHIBIT A** serve upon **CHRIS PALMER** at **801 MARKET ST. SUITE 300, PHILADELPHIA, PA 19107**. Service was executed in the manner indicated below:

**Non-Service**     Deponent attempted to perfect service on the Defendant on the below date and time.
**2/24/2021**       Deponent found after diligent search that the Defendant was not present at the address:

        2/24/2021 at 10:12 AM – They are all working home due to COVID. Unable to serve.

Sworn to before me this
2 6 day of Feb , 20 21

_____
Notary Public

Roxanne Elzie
Po Box 25066
Newark, NJ 07102
800-637-1805

Alexander Vays, Esq.
Notary Public
State of New Jersey
New Jersey Attorney ID 006072014

WE SERVE NJ LLC, PO BOX 25066, NEWARK, NJ 07102

A-21-829745-C

# DISTRICT COURT
# CLARK COUNTY, NEVADA

| Other Civil Matters | COURT MINUTES | March 23, 2021 |
|---|---|---|

| A-21-829745-C | Michael Naessens, Plaintiff(s) |
|---|---|
| | vs. |
| | Chris Palmer, Defendant(s) |

| **March 23, 2021** | **3:00 AM** | **Minute Order** | **Minute Order: Ex Parte Motion for Alternate Service GRANTED** |
|---|---|---|---|

**HEARD BY:**  Allf, Nancy                **COURTROOM:**  No Location

**COURT CLERK:**  Nicole McDevitt

**RECORDER:**

**REPORTER:**

**PARTIES
PRESENT:**

## JOURNAL ENTRIES

- COURT FINDS after review that on March 19, 2021 an Ex Parte Motion for Alternate Service was filed.

COURT FURTHER FINDS after review that NRCP 4.4(b)(2) provides in part,  [a] motion seeking an order for alternative service must (A) provide affidavits, declarations, or other evidence setting forth specific facts demonstrating: (i) the due diligence that was undertaken to locate and serve the defendant; and (ii) the defendant's known, or last-known, contact information, including the defendant's address, phone numbers, email addresses, social media accounts, or any other information used to communicate with the defendant; and (B) state the proposed alternative service method and why it comports with due process.

COURT FURTHER FINDS after review that Plaintiff requests to serve Defendant by the following methods: (1) Mail the complaint and summons to Defendant s last known address; (2) Email the complaint and summons to Defendant; and (3) Other: Due to COVID the Defendant is not working in

PRINT DATE:     03/23/2021                    Page 1 of 2              Minutes Date:     March 23, 2021

**A-21-829745-C**

his normal office, but accepts certified mail there and at his email address.

COURT FURTHER FINDS after review the Ex parte Motion for Alternate Service is compliant with NRCP 4.4(b)(2)(ii).

THEREFORE COURT ORDERS for good cause appearing and after review that pursuant to NRCP 4.4(b)(2)(ii) the Ex Parte Motion for Alternate Service is hereby GRANTED. Movants to prepare the Order in compliance with EDCR 7.21 and email it in pdf format to DC27Inbox@ClarkCountyCourts.us.

CLERK'S NOTE: This Minute Order was electronically served by Courtroom Clerk, Nicole McDevitt, to all registered parties for Odyssey File & Serve. /nm 3/23/2021

PRINT DATE:     03/23/2021                Page 2 of 2          Minutes Date:     March 23, 2021

Electronically Filed
03/24/2021 2:52 PM

*[signature]*

CLERK OF THE COURT

COURT CODE: <u>ORDR</u>

Name: <u>Michael Naessens</u>

Address: <u>1101 E Tropicana Ave #3003</u>

<u>Las Vegas NV 89119</u>

Telephone: <u>702-930-6270</u>

Email Address: <u>maxbuxs21po0256@gmail.com</u>

## DISTRICT COURT
## CLARK COUNTY, NEVADA

Michael Naessens

        Plaintiff,

vs.

Chris Palmer

        Defendant.

CASE NO.: <u>A-21-829745-C</u>

DEPT:     <u>27</u>

### ORDER FOR ALTERNATE SERVICE

Upon reading the Motion For Alternate Service and supporting declarations and affidavits, the Court finds that service of the summons and complaint upon Defendant under NRCP 4.2, 4.3, and 4.4(a) are impracticable.

**THEREFORE, IT IS HEREBY ORDERED** that Defendant shall be served with the summons and complaint through the following alternate methods:

(☒ *check all options that should be used to send the documents to Defendant*)

    ☒ Mail the complaint and summons to Defendant's last known address.

    ☐ Post a copy of the complaint and summons on Defendant's door.

    ☒ Email the complaint and summons to Defendant.

    ☐ Text a copy of the complaint and summons to Defendant's phone number.

    ☐ Send a copy of the complaint and summons to Defendant through Facebook Messenger.

    ☐ Other: _____

The above service methods are those most reasonably calculated to give Defendant notice of this case.

© 2019 Family Law Self-Help Center          Order for Alternate Service

**IT IS FURTHER ORDERED** that Plaintiff shall make reasonable efforts to notify Defendant of this matter through any other means, such as certified mail, telephone, voice messages, email, social media, or any other communication method.

DATED _____ March 24 _____, 20 _21_ .

Dated this 24th day of March, 2021

_Nancy L Allf_

DISTRICT COURT JUDGE

3A9 96E A9F8 D49C   NB
Nancy Allf
District Court Judge

Submitted By: (*your signature*) /s/ Michael Naessens

(*print your name*) Michael Naessens

**CSERV**

# DISTRICT COURT
# CLARK COUNTY, NEVADA

Michael Naessens, Plaintiff(s)

vs.

Chris Palmer, Defendant(s)

CASE NO: A-21-829745-C

DEPT. NO.  Department 27

## <u>AUTOMATED CERTIFICATE OF SERVICE</u>

This automated certificate of service was generated by the Eighth Judicial District Court. The foregoing Order was served via the court's electronic eFile system to all recipients registered for e-Service on the above entitled case as listed below:

Service Date: 3/24/2021

Michael Naessens                maxbuxs21po0256@gmail.com

If indicated below, a copy of the above mentioned filings were also served by mail via United States Postal Service, postage prepaid, to the parties listed below at their last known addresses on 3/25/2021

Chris Palmer                    801 Market St
                                Suite 300
                                Philadelphia, PA, 19107

Electronically Filed
4/23/2021 11:25 AM
Steven D. Grierson
CLERK OF THE COURT

1

**COA**

2  Michael Gerard Naessens
   304 S. Jones Blvd #457
3  Las Vegas NV 89107
   702-930-6270
   In Proper Person, Pro Se

4

5                          DISTRICT COURT

6                       CLARK COUNTY, NEVADA

7

8  Michael Gerard Naessens

9                        Plaintiff(s),

10              -vs-                          CASE NO. A-21-829745-C

11  Chris Palmer                             DEPT. NO.      27

12  Philadelphia Inquirer
                        Defendant(s).        **NOTICE OF CHANGE OF ADDRESS**

13

14

15  To:    Clerk of Court; and

16  To:    Opposing Counsel or Litigant

17        YOU, AND EACH OF YOU, WILL PLEASE TAKE NOTICE THAT:

18              ☑ Plaintiff or ☐ Defendant has a new mailing address.

19
20  New address: 304 S. Jones Blvd #457, Las Vegas NV 89107

21
22  Telephone number: 702-930-6270

23  DATED this 23 day of      April   , 20 21 .

24

25                                    Name

26

27

28

                                                          NCOA.doc/5/9/2005

Each party, if not represented by counsel, is responsible for informing the Court of his/her current address.  Failure to provide the Court with a current address and telephone number may result in your failure to receive important information regarding your case.

NCOA.doc/5/9/2005

Electronically Filed
7/20/2021 11:44 AM
Steven D. Grierson
CLERK OF THE COURT

**AOS**

Michael Naessens
_(Your Name)_
304 S. Jones Blvd #457
_(Your Mailing Address)_
Las Vegas NV 89107
_(Your City, State, Zip Code)_
702-930-6270
_(Your Telephone Number)_
n/a
_(Your Fax Number)_
maxbux21PO0256@gmail.com
_(Your E-mail Address)_
Plaintiff, Self-Represented

## EIGHTH JUDICIAL DISTRICT COURT

## CLARK COUNTY, NEVADA

| | |
|---|---|
| _Plaintiff's Name:_  Michael Gerard Naessens | Case No.:  A-21-829745-C |
| | Dept. No.:  27 |
| Plaintiff, | |
| vs. | |
| _Defendant's Name:_  Chris Palmer | |
| Defendant. | |

## AFFIDAVIT/DECLARATION OF SERVICE UNDER PENALTY OF PERJURY

_(Insert name of person performing service)_ Michael Naessens _____, being duly

sworn or under penalty of perjury, states that at all times relevant, I was over 18 years of age and not a

party to or interested in the above-captioned case; that I received a copy of the following document(s)

_(insert title of documents being served):_ Complaint (Defamation Per Se) ____, on _(insert date server received documents)_

March 19 ____, 20 21 ; and that I served the same on _(insert date and time you served)_ March 26 ____,

20 21 , at the hour of 11:51 **A**.M., on Defendant _(insert Defendant's name)_

Chris Palmer _____ by the

following method _(complete appropriate paragraph below)_:

☐ **Personal service per NRCP 4.2(a)(1):** Delivering and leaving a copy with _(insert

Defendant's name)_ _____ at _(insert address at

which you served)_ _____ .

/ / /

Page 1 of 2

_Rev. 2/20/2019_
_© Civil Law Self-Help Center_

**For more forms and information, visit www.civillawselfhelpcenter.org.**

☐   **Substitute service per NRCP 4.2(a)(2)**: Delivering and leaving a copy with *(insert name or physical description of person served)* _____, a person of suitable age and discretion residing at Defendant's dwelling house or usual place of abode, at *(insert Defendant's address)*

_____.

☐   **Service on a business entity per NRCP 4.2(c)(1)(A)**: Delivering and leaving a copy with *(insert name or physical description of person served)* _____,

who is Defendant's *(check one)* ☐ registered agent, ☐officer or director, ☐partner, ☐member, ☐manager,

☐ trustee, or ☐other *(specify)* _____, at *(insert address at which you served)*

_____.

☑   **Other method of service authorized by Nevada statute or court rule**:

Sent via email as approved in Court Minutes dated March 23 2021 in accordance with NRCP 4.4 (b)(2)

heard by Allf, Nancy and Court Clerk Nicole McDevitt

_____

**I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAW OF THE STATE OF NEVADA THAT THE FOREGOING IS TRUE AND CORRECT.**

**SERVER'S SIGNATURE:** _____   **Date:** 7/20/2021

Server's Phone: 702-930-6270

Server's ☐ Residential/ ☑ Business Address:   304 S. Jones Blvd #457 Las Vegas NV 89107

☐  I am a licensed process server or an employee of a licensed process server; my license or registration number is *(insert license or registration number)*: _____.

☑  I am not required to be licensed under chapter 648 of the Nevada Revised Statutes or another provision of law because am not engaged in the business of serving legal process within the State of Nevada.

Rev. 2/20/2019
© Civil Law Self-Help Center

## maxbuxs21po0256@gmail.com

| | |
|---|---|
| **From:** | maxbuxs21po0256@gmail.com |
| **Sent:** | Friday, March 26, 2021 11:51 AM |
| **To:** | cpalmer@inquirer.com |
| **Subject:** | FW: Notification of Service for Case: A-21-829745-C, Michael Naessens, Plaintiff(s)vs. Chris Palmer, Defendant(s) for filing Service Only, Envelope Number: 7610516 |
| **Attachments:** | 2021_02_19 Signed Complaint Chris Palmer.pdf; 2021_02_21 Complaint Negligent Defamation Per Se.JPG |
| **Importance:** | High |

**From:** efilingmail@tylerhost.net <efilingmail@tylerhost.net>
**Sent:** Wednesday, March 24, 2021 2:55 PM
**To:** maxbuxs21po0256@gmail.com
**Subject:** Notification of Service for Case: A-21-829745-C, Michael Naessens, Plaintiff(s)vs. Chris Palmer, Defendant(s) for filing Service Only, Envelope Number: 7610516



# Notification of Service

Case Number: A-21-829745-C
Case Style: Michael Naessens, Plaintiff(s)vs.
Chris Palmer, Defendant(s)
Envelope Number: 7610516

This is a notification of service for the filing listed. Please click the link below to retrieve the submitted document.

| Filing Details | |
|---|---|
| **Case Number** | A-21-829745-C |
| **Case Style** | Michael Naessens, Plaintiff(s)vs. Chris Palmer, Defendant(s) |
| **Date/Time Submitted** | 3/24/2021 2:52 PM PST |
| **Filing Type** | Service Only |
| **Filing Description** | Order |
| **Filed By** | DC EFile Service |
| **Service Contacts** | Michael Gerard Naessens: |
| | Michael Naessens (maxbuxs21po0256@gmail.com) |

| Document Details | |
|---|---|
| **Served Document** | Download Document |

A-21-829745-C

# DISTRICT COURT
# CLARK COUNTY, NEVADA

| Other Civil Matters | **COURT MINUTES** | March 23, 2021 |
|---|---|---|

A-21-829745-C | Michael Naessens, Plaintiff(s)
vs.
Chris Palmer, Defendant(s)

| March 23, 2021 | 3:00 AM | **Minute Order** | **Minute Order: Ex Parte Motion for Alternate Service GRANTED** |
|---|---|---|---|

**HEARD BY:** Allf, Nancy      **COURTROOM:** No Location

**COURT CLERK:** Nicole McDevitt

**RECORDER:**

**REPORTER:**

**PARTIES
PRESENT:**

## JOURNAL ENTRIES

- COURT FINDS after review that on March 19, 2021 an Ex Parte Motion for Alternate Service was filed.

COURT FURTHER FINDS after review that NRCP 4.4(b)(2) provides in part, [a] motion seeking an order for alternative service must (A) provide affidavits, declarations, or other evidence setting forth specific facts demonstrating: (i) the due diligence that was undertaken to locate and serve the defendant; and (ii) the defendant's known, or last-known, contact information, including the defendant's address, phone numbers, email addresses, social media accounts, or any other information used to communicate with the defendant; and (B) state the proposed alternative service method and why it comports with due process.

COURT FURTHER FINDS after review that Plaintiff requests to serve Defendant by the following methods: (1) Mail the complaint and summons to Defendant s last known address; (2) Email the complaint and summons to Defendant; and (3) Other: Due to COVID the Defendant is not working in

| PRINT DATE: | 03/23/2021 | Page 1 of 2 | Minutes Date: | March 23, 2021 |
|---|---|---|---|---|

**A-21-829745-C**

his normal office, but accepts certified mail there and at his email address.

COURT FURTHER FINDS after review the Ex parte Motion for Alternate Service is compliant with NRCP 4.4(b)(2)(ii).

THEREFORE COURT ORDERS for good cause appearing and after review that pursuant to NRCP 4.4(b)(2)(ii) the Ex Parte Motion for Alternate Service is hereby GRANTED. Movants to prepare the Order in compliance with EDCR 7.21 and email it in pdf format to DC27Inbox@ClarkCountyCourts.us.

CLERK'S NOTE: This Minute Order was electronically served by Courtroom Clerk, Nicole McDevitt, to all registered parties for Odyssey File & Serve. /nm 3/23/2021

PRINT DATE:    03/23/2021             Page 2 of 2        Minutes Date:    March 23, 2021

Electronically Filed
7/20/2021 5:22 PM
Steven D. Grierson
CLERK OF THE COURT

**DFLT**

## DISTRICT COURT

## CLARK COUNTY. NEVADA

Michael Gerard Naessens

                   Plaintiff(s),

         -vs-

Chris Palmer

                   Defendant(s).

CASE NO.   A21-829745-C

DEPT. NO.  27

## DEFAULT

It appearing from the files and records in the above entitled action that <u>Chris Palmer</u>, Defendant(s) herein, being duly served with a copy of the Summons and Complaint on the <u>26</u> day of <u>March</u>, 20<u>21</u>; that more than 20 days, exclusive of the day of service, having expired since service upon the Defendant(s); that no answer or other appearance having been filed and no further time having been granted, the default of the above-named Defendant(s) for failing to answer or otherwise plead to Plaintiff's Complaint is hereby entered.

STEVEN D. GRIERSON, CLERK OF COURT

By: _____      7/22/2021

Deputy Clerk                Date

Michelle McCarthy

Submitted By:

_____

Michael G. Naessens          Date 07/20/2021

Electronically Filed
7/30/2021 3:11 PM
Steven D. Grierson
CLERK OF THE COURT

**EIGHTH JUDICIAL DISTRICT COURT**
**CLARK COUNTY, NEVADA**

| | |
|---|---|
| MICHAEL G. NAESSENS<br>Plaintiff, | Case No. A-21-829745-C |
| v. | Dept No. 27 |
| CHRIS PALMER<br>Defendant. | |

**NOTICE OF SPECIAL APPEARANCE**

Ketan Bhirud of Troutman Pepper Hamilton Sanders LLP, Todd Kennedy of Kennedy & Couvillier, and Maximiliano D. Couvillier of Kennedy & Couvillier make a special appearance to note their entry as counsel for Chris Palmer. This special appearance does not waive any issues regarding any defenses, including but not limited to jurisdiction, service of process, or any provision of the Nevada Rules of Civil Procedure.

By: /s/ Ketan D. Bhirud
    Ketan D. Bhirud, Bar No. 10515
    TROUTMAN PEPPER HAMILTON SANDERS LLP
    401 9th St NW #1000
    Washington, DC 20004
    Telephone: 202.274.2950
    Facsimile:  202.274.2994
    Ketan.Bhirud@troutman.com

By: /s/ Maximiliano D. Couvillier
    Todd Kennedy, Bar No. 6014
    Maximiliano D. Couvillier, III, Bar No. 7661
    KENNEDY & COUVILLIER
    3271 E. Warm Springs Rd
    Las Vegas, NV 89120
    Telephone: 702.605.3440
    Facsimile:  702.625.6367
    tkennedy@kclawnv.com

Attorneys for Defendant Chris Palmer

## CERTIFICATE OF MAILING

I, Ketan Bhirud, declare under penalty of perjury under the law of the State of Nevada that on July 30, 2021, I deposited a true and correct copy of the foregoing **NOTICE OF SPECIAL APPEARANCE** in the U.S. Mail, postage prepaid, addressed to:

Michael Gerard Naessens
1101 E. Tropicana Ave #3003
Las Vegas, NV 89119

Dated: July 30, 2021                     /s/ Ketan D. Bhirud
                                                    Ketan D. Bhirud, Bar No. 10515

Electronically Filed
7/31/2021 7:00 PM
Steven D. Grierson
CLERK OF THE COURT

**EIGHTH JUDICIAL DISTRICT COURT**
**CLARK COUNTY, NEVADA**

|  |  |
|---|---|
| MICHAEL G. NAESSENS<br>        Plaintiff,<br><br>        v.<br><br>CHRIS PALMER<br>        Defendant. | Case No. A-21-829745-C<br><br>Dept No. 27 |

### CERTIFICATE OF SERVICE

I, Ketan Bhirud, declare under penalty of perjury under the law of the State of Nevada that on July 31, 2021, I deposited a true and correct copy of the **NOTICE OF SPECIAL APPEARANCE** filed on July 30, 2021, in the U.S. Mail, postage prepaid, addressed to:

> Michael Gerard Naessens
> 304 S. Jones Blvd #457
> Las Vegas, NV 89107

> By: /s/ Ketan D. Bhirud
> _____
> Ketan D. Bhirud, Bar No. 10515
> TROUTMAN PEPPER HAMILTON SANDERS LLP
> 401 9th St NW #1000
> Washington, DC 20004
> Telephone: 202.274.2950
> Facsimile:  202.274.2994
> Ketan.Bhirud@troutman.com

> Attorneys for Defendant Chris Palmer

**Electronically Filed**
**7/31/2021 7:00 PM**
**Steven D. Grierson**
**CLERK OF THE COURT**

# EIGHTH JUDICIAL DISTRICT COURT
## CLARK COUNTY, NEVADA

| | |
|---|---|
| MICHAEL G. NAESSENS<br>　　　　Plaintiff,<br><br>　　　v.<br><br>CHRIS PALMER<br>　　　　Defendant. | Case No. A-21-829745-C<br><br>Dept No. 27 |

## CERTIFICATE OF SERVICE

I, Ketan Bhirud, declare under penalty of perjury under the law of the State of Nevada that on July 31, 2021, I deposited a true and correct copy of the **NOTICE OF SPECIAL APPEARANCE** filed on July 30, 2021, in the U.S. Mail, postage prepaid, addressed to:

> Michael Gerard Naessens
> 304 S. Jones Blvd #457
> Las Vegas, NV 89107

By: /s/ Ketan D. Bhirud
　　Ketan D. Bhirud, Bar No. 10515
　　TROUTMAN PEPPER HAMILTON SANDERS LLP
　　401 9th St NW #1000
　　Washington, DC 20004
　　Telephone: 202.274.2950
　　Facsimile:  202.274.2994
　　Ketan.Bhirud@troutman.com

Attorneys for Defendant Chris Palmer

Electronically Filed
8/1/2021 7:34 PM
Steven D. Grierson
CLERK OF THE COURT

COURT CODE: MOT
Your Name: Michael G. Naessens
Address: 304 S. Jones Blvd #457,
Las Vegas NV 89107
Telephone: 7026306270
Email Address: maxbuxs@gmail.com
Self-Represented

## DISTRICT COURT
## CLARK COUNTY, NEVADA

Michael G. Naessens

Plaintiff,

vs.

Chris Palmer

Defendant.

CASE NO.: A21-829745-C

DEPT: 27

Hearing Requested? (☒ *check one, the clerk will enter dates when you file*)

☒ **Yes.** Hearing Date: _____

Hearing Time: _____

☐ **No.** Chambers Decision: _____

**MOTION FOR** Dismissal of Service

*(provide a short title that sums up what you are asking the judge to order)*

TO: Name of Opposing Party and Party's Attorney, if any, Chris Palmer

If a hearing was requested above, the hearing on this motion will be held on the date and time above before the Eighth Judicial District Court - Family Division located at:

*(clerk will check one)*

☐ The Family Courts and Services Center, 601 N. Pecos Road Las Vegas, Nevada 89101.
☐ The Regional Justice Center, 200 Lewis Avenue Las Vegas, Nevada 89101.
☐ The Child Support Center of Southern Nevada, 1900 E. Flamingo Rd #100, LV NV 89119.

**NOTICE: You may file a written response to this motion with the Clerk of the Court and provide the undersigned with a copy of your response within 14 days of receiving this motion. Failure to file a written response with the Clerk of Court within 14 days of your receipt may result in the requested relief being granted by the Court without a hearing prior to the scheduled hearing date.**

Submitted By: /s/ Michael G. Naessens

☐ Plaintiff / ☐ Defendant

© 2020 Family Law Self-Help Center

Generic Motion

* You are responsible for knowing the law about your case. For more information on the law, this form, and free classes, visit www.familylawselfhelpcenter.org or the Family Law Self Help Center at 601 N. Pecos Road. To find an attorney, call the State Bar of Nevada at (702) 382-0504.

## MOTION

(☒ *check one*)

☐ I tried to resolve this issue with the other party before filing this motion.

☒ I did not try to resolve this issue with the other party before filing this motion. Any
attempt to resolve the issue would have been useless or impractical because (*explain why
you did not try to resolve this issue directly with the other party before filing this motion*)
No proper service was attempted at address on file with court. Only notice was
online in court docket without any details. Notice should be dismissed until
proper notice at address on file with court so plaintiff may review details. No
approval of alternative service.

### Financial Disclosure Form ("FDF") Certification.

(☒ *check one*)

☒ This motion does not have anything to do with money or financial relief.

☐ I understand that I must file my FDF within 3 days of filing this motion to support my
request for financial relief. Failure to file a timely, complete, and accurate FDF may
result in the court ruling against me and/or imposing sanctions.

☐ I filed a FDF in the last 6 months and have no material changes to report.

## POINTS AND AUTHORITIES

**LEGAL ARGUMENT.** (*explain all relevant laws and legal authorities that support your
motion. If you do not provide and explain the legal basis that supports each of your requests,
your motion may be considered without merit and denied.*)

Rule 4.2.   Service Within Nevada   No proper service was attempted at address on file
with court. Only notice was online in court docket without any details. Notice should be
dismissed until proper notice at address on file with court so plaintiff may review details.
No approval of alternative service.

**FACTS AND ARGUMENT** (*explain all relevant facts the judge needs to know to make a decision*)

Rule 4.2.   Service Within Nevada   No proper service was attempted at address on file with court.  Only notice was online in court docket without any details.  Notice should be dismissed until proper notice at address on file with court so plaintiff may review details. No approval of alternative service.

(*attach additional pages if more space is needed*)

**CONCLUSION** (*explain what you want the judge to order*)

I respectfully ask the Court to grant me the following, including an award of attorney's fees if I am able to retain an attorney for this matter, and any other relief the Court finds appropriate.

1.  <u>Dismiss Service filing by defendant</u>

2.  _____

3.  _____

DATED <u>August 1</u>                                , 20 <u>21</u> .

Submitted By: (*your signature*)  <u>/s/  Michael G. Naessens</u>

(*print your name*)  <u>Michael G. Naessens</u>

## DECLARATION IN SUPPORT OF MOTION

I declare, under penalty of perjury:

a.  I have read the foregoing motion, and the factual averments it contains are true and correct to the best of my knowledge, except as to those matters based on information and belief, and as to those matters, I believe them to be true.  Those factual averments contained in the referenced filing are incorporated here as if set forth in full.

b.  Any Exhibit(s) in support of this Motion will be filed separately in an Exhibit Appendix.

**I declare under penalty of perjury under the law of the State of Nevada that the foregoing is true and correct.**

DATED _August 1_____, 20 _21_ .

Submitted By: (*your signature*) /s/  Michael G. Naessens

(*print your name*)  Michael G. Naessens

# Case Information

A-21-829745-C | Michael Naessens, Plaintiff(s) vs. Chris Palmer, Defendant(s)

| Case Number | Court | Judicial Officer |
|---|---|---|
| **A-21-829745-C** | **Department 27** | **Allf, Nancy** |
| File Date | Case Type | Case Status |
| **02/19/2021** | **Other Civil Matters** | **Open** |

# Party

Plaintiff
**Naessens, Michael Gerard**

DOB
**XX/XX/XXXX**

Active Attorneys ▾
  **Pro Se**

Defendant
**Palmer, Chris**

Active Attorneys ▾
**Attorney**
**Adams, Eva B.**
**Retained**

# Events and Hearings

02/19/2021 Complaint With Jury Demand ▾

Comment
**[1] Complaint of Defamation per Se**

---

03/12/2021 Clerk's Notice of Nonconforming Document ▼

Comment
**[2] Clerk's Notice of Nonconforming Document**

---

03/19/2021 Ex Parte Motion ▼

Comment
**[3] Ex Parte Motion for Alternate Service**

---

03/19/2021 Ex Parte Motion ▼

Comment
**[4] Covid has defendant working from home but accepting mail and email at work, I now signed both lines**

---

03/23/2021 Minute Order ▼

Judicial Officer
**Allf, Nancy**

Hearing Time
**3:00 AM**

Result
**Minute Order - No Hearing Held**

Comment
**Minute Order: Ex Parte Motion for Alternate Service GRANTED**

---

03/24/2021 Order ▼

Comment
**[5] Order for Alternate Service**

---

04/23/2021 Change of Address ▼

Comment
**[6] Notice of Change of Address**

---

07/20/2021 Affidavit of Service ▼

Comment
**[7] Affidavit of Service by email**

---

07/20/2021 Default ▼

Comment
**[8] Default**

07/30/2021 Appearance ▼

Comment
**[9] Notice of Special Appearance**

07/31/2021 Certificate of Service ▼

Comment
**[10] Certificate of Service**

07/31/2021 Certificate of Service ▼

Comment
**[11] Certificate of Service**

# Financial

Naessens, Michael Gerard

|  |  |  |  |  |
|---|---|---|---|---|
| | Total Financial Assessment | | | $270.00 |
| | Total Payments and Credits | | | $270.00 |
| 2/19/2021 | Transaction Assessment | | | $270.00 |
| 2/19/2021 | Efile Payment | Receipt # 2021-10024-CCCLK | Naessens, Michael Gerard | ($270.00) |

Electronically Filed
8/2/2021 9:22 AM
Steven D. Grierson
CLERK OF THE COURT

**DISTRICT COURT**
**CLARK COUNTY, NEVADA**
**\*\*\*\***

| | |
|---|---|
| Michael Naessens, Plaintiff(s) | Case No.:   A-21-829745-C |
| vs. | |
| Chris Palmer, Defendant(s) | Department 27 |

## NOTICE OF HEARING

Please be advised that the Plaintiff's Motion for Dismissal of Service in the above-entitled matter is set for hearing as follows:

**Date:**        September 01, 2021

**Time:**        9:00 AM

**Location:**    RJC Courtroom 03A
Regional Justice Center
200 Lewis Ave.
Las Vegas, NV 89101

**NOTE: Under NEFCR 9(d), if a party is not receiving electronic service through the Eighth Judicial District Court Electronic Filing System, the movant requesting a hearing must serve this notice on the party by traditional means.**

STEVEN D. GRIERSON, CEO/Clerk of the Court

By:   /s/ Imelda Murrieta
          Deputy Clerk of the Court

### CERTIFICATE OF SERVICE

I hereby certify that pursuant to Rule 9(b) of the Nevada Electronic Filing and Conversion Rules a copy of this Notice of Hearing was electronically served to all registered users on this case in the Eighth Judicial District Court Electronic Filing System.

By:   /s/ Imelda Murrieta
          Deputy Clerk of the Court