# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MICHAEL G. NAESSENS,

   Plaintiff(s),

v.

CHRIS PALMER,

   Defendant(s).

Case No. 2:21-cv-01440-JAD-NJK

**Order**

[Docket No. 7]

Pending before the Court is Plaintiff's motion to be permitted to file electronically. Docket No. 7. No response has been filed. A *pro se* litigant may request authorization to register as an electronic filer in a specific case. Local Rule IC 2-1(b). For good cause shown, Plaintiff's request for permission to file electronically is **GRANTED** subject to the following:

- No later than October 8, 2021, Plaintiff must file a certification that he has completed the CM/ECF tutorial and is familiar with the Electronic Case Filing Procedures and the Civil Menu E-Filing Categories and Events.[1]
- Plaintiff is not authorized to file electronically until said certification is filed within the timeframe specified above.
- Upon timely filing of the certification, Plaintiff shall contact the CM/ECF Help Desk at (702) 464-5555 to set up a CM/ECF account.

IT IS SO ORDERED.

Dated: September 9, 2021

_____
Nancy J. Koppe
United States Magistrate Judge

---

[1] The tutorial, Electronic Case Filing Procedures, and Civil Menu E-Filing Categories and Events can all be found at https://www.nvd.uscourts.gov/e-filing-permission/.

1