FILED    RECEIVED
ENTERED    SERVED ON
COUNSEL/PARTIES OF RECORD

SEP 2 0 2021

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

### CONSENT FOR ELECTRONIC SERVICE OF DOCUMENTS

I, __Michael Gerard Naessens__, am representing myself and
     (Print Full Name)
consent to receive electronic notices of filings and/or delivery of documents by email.

I am providing my email address for the purpose of sending me electronic notice of any Order or other filing in my case with a link to the filed document. I understand that hard (paper) copies of orders will no longer be sent to me by the Court.

I understand that if my email or mailing address changes, it is my responsibility to notify the Court in writing of my new email or mailing address.

I understand that email filters (SPAM filters) may interfere with my receipt of email notifications and I will ensure that my email will not filter out messages from **cmecf@nvd.uscourts.gov**.

I have already registered *or* will immediately register for a PACER account (Public Access to Court Electronic Records).

I understand that consenting to service by email does not authorize me to file my documents electronically. I may request the court's authorization to register as an electronic filer by filing a separate written motion request (LR IC 2-1(b)).

Date: 09/15/2021      _[Signature]_
                                         Signature

Email Address (Please print legibly):

mgncpanv@gmail.com

Confirm Email Address:

mgncpanv@gmail.com

Mailing Address:

304 S. Jones Blvd #457 Las Vegas, NV 89107

Telephone Number:

702-970-6270

Case Number(s):

2:21-cv-01440-JAD-NJK



NAESSENS
304 S Jones #457
Las Vegas NV 89107

```
_____ FILED          _____ RECEIVED
_____ ENTERED        _____ SERVED ON
            COUNSEL/PARTIES OF RECORD

              SEP 20 2021

       CLERK US DISTRICT COURT
          DISTRICT OF NEVADA
BY: _____ DEPUTY
```

US DISTRICT Court Judge
Lloyd D. George US Courthouse
333 Las Vegas Blvd South
Room #1334
Las Vegas NV 89101

XRAYED US MARSHALS SERVICE

LAS VEGAS NV 890
16 SEP 2021 PM 3 L

89101-706934