Ketan D. Bhirud, Bar No. 10515
TROUTMAN PEPPER HAMILTON SANDERS LLP
401 9th St NW #1000
Washington, DC 20004
Tel: 202.274.2950
Fax: 202.274.2994
Ketan.Bhirud@troutman.com

Todd Kennedy, Bar No. 6014
KENNEDY & COUVILLIER
3271 E. Warm Springs Rd
Las Vegas, NV 89120
Tel: 702.605.3440
Fax: 702.625.6367
tkennedy@kclawnv.com

Attorneys for Defendant Chris Palmer

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL NAESSENS,<br><br>    Plaintiff,<br><br>  v.<br><br>CHRIS PALMER,<br><br>    Defendant | Case No. 2:21-cv-01440-JAD-NJK |

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

Plaintiff Michael Naessens and Defendant Chris Palmer stipulate that this matter, including Plaintiff's Complaint against Defendant, should be dismissed with prejudice with each party to bear its own fees and costs.

_____
Michael Naessens, Plaintiff Pro Se

By: /s/ Ketan D. Bhirud_____
  Ketan D. Bhirud, Bar No. 10515
  Todd Kennedy, Bar No. 6014

  Attorneys for Defendant Chris Palmer

**IT IS SO ORDERED:**

_____
      Judge

Dated: _____

-1-

118355728v1